*E-Filed 7/1/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAEED IBRAHIM,<br><br>    Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>_____/ | No. C 11-1695 RS<br><br>**ORDER REFERRING LITIGANT TO THE FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

The plaintiff Saeed Ibrahim, having requested and being in need of counsel, and good and just cause appearing:

IT IS HEREBY ORDERED that Saaed Ibrahim shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

No. C 11-1695 RS
ORDER

2. Upon being notified by the BASF that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel in this matter until further order from the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Saaed Ibrahim as detailed above. Accordingly, the Case Management Conference scheduled on **July 21, 2011 shall be continued to September 22, 2011 at 10:00 a.m.** The parties shall file a Joint Statement at least one week prior to the Conference.

IT IS SO ORDERED.

Dated: 7/1/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-1695 RS
ORDER

2

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Saeed J. Ibrahim**
2082 24th Avenue
San Francisco, CA 94116

DATED:  7/1/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg