United States District Court
For the Northern District of California

*E-Filed 8/19/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAEED IBRAHIM,                                              No. C 11-1695 RS

        Plaintiff,                              **ORDER APPOINTING COUNSEL**

   v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendants.
_____/

      Because the plaintiff, Saeed Ibrahim, has requested and is in need of counsel to assist in this matter and voluntary attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Todd Toral, Kathleen Kizer, Alec Cierny and Vishali Singal are hereby appointed as counsel for Saeed Ibrahim in this matter.

      Pursuant to the Guidelines for the Federal Pro Bono Project, this matter is stayed for four weeks from the date of this Order. Accordingly, the Case Management Conference shall be continued to October 20, 2011 at 10:00 a.m. in Courtroom 3 of the United States District Court, 450 Golden Gate Avenue in San Francisco, California. Defendant must either withdraw or re-notice its motion on the calendar of the undersigned, but may re-notice it only after the stay expires.

      IT IS SO ORDERED.

Dated: 8/19/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-1695 RS
ORDER APPOINTING COUNSEL

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Saeed J. Ibrahim**
2082 24th Avenue
San Francisco, CA 94116

Todd Toral, Kathleen Kizer, Alec Cierny, Vishali Singal
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105

DATED:  8/19/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg