TODD C. TORAL (CA Bar No. 197706)
todd.toral@dlapiper.com
KATHLEEN S. KIZER (CA Bar No. 246035)
kathleen.kizer@dlapiper.com
VISHALI SINGAL (CA Bar No. 267481)
vishali.singal@dlapiper.com
ALEC CIERNY (CA Bar No. 275230)
alec.cierny@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Plaintiff
SAEED J. IBRAHIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAEED J. IBRAHIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1 to 20,<br><br>　　　　　Defendants. | CASE NO.  C 11-01695-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. Proc. 15(a)(2)] |

Subject to the approval of the Court, plaintiff Saeed J. Ibrahim ("Mr. Ibrahim") and defendant City and County of San Francisco ("Defendant") stipulate and agree as follows:

WHEREAS:

A.　　Mr. Ibrahim filed a pro per complaint on February 17, 2011 ("Complaint") in the Superior Court of California, County of San Francisco, in the form of a three-page Judicial Council of California Complaint form.

B.　　On April 6, 2011, Defendant removed the aforementioned action, San Francisco

1  Superior Court Case No. CGC-11-508371, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

2  Defendant's Notice of Removal erroneously referred to the Complaint as the "First Amended

3  Complaint." The original Complaint was not previously amended.

4       C.     On April 27, 2011, Defendants filed a Motion for Judgment on the Pleadings and

5  Motion for a More Definite Statement.

6       D.     On July 1, 2011, this Court entered an Order Referring Litigant to the Federal Pro

7  Bono Project and Staying Proceedings Pending Appointment of Counsel.

8       E.     On August 19, 2011, this Court appointed Todd Toral, Kathleen Kizer, Alec

9  Cierny and Vishali Singal, of DLA Piper LLP (US), as counsel for Mr. Ibrahim.

10       F.     Since their appointment by this Court, Mr. Ibrahim's counsel has determined that

11  justice requires that the Complaint be amended.

12       NOW, THEREFORE, subject to the approval of the Court, the parties stipulate and agree

13  as follows:

14       1.     Mr. Ibrahim may file his First Amended Complaint pursuant to Federal Rule of

15  Civil Procedure 15(a)(2).

16       IT IS SO STIPULATED.

17  Dated: September 22, 2011         DLA PIPER LLP (US)

By: */s/ Todd C. Toral*

Todd C. Toral (CA Bar No. 197706)
Email: todd.toral@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

*Attorneys for Plaintiff* Saeed J. Ibrahim

In accordance with General Order No. 45 – Electronic Case Filing, § X, I hereby attest that DLA Piper LP (US) has received concurrence in the filing of this Stipulation and Proposed Order from Joshua S. White, attorney for the City and County of San Francisco.

By: */s/ Todd C. Toral*

| | | |
|---|---|---|
| 1 | Dated: September 22, 2011 | SAN FRANCISCO CITY ATTORNEY OFFICES |
| 2 | | |
| 3 | | By: */s/ Joshua S. White* |
| 4 | | Joshua S. White (CA Bar No. 237223)<br>Email: joshua.white@sfgov.org<br>Deputy City Attorney |
| 5 | | Fox Plaza, 1390 Market Street, Sixth Floor<br>San Francisco, California 94102-5408 |
| 6 | | Tel: 415.554.4259<br>Fax: 415.554.3827 |
| 7 | | |
| 8 | | *Attorneys for Defendant* City and County of San Francisco |

**ORDER**

Plaintiff's request for leave to File a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) is GRANTED.  Plaintiff shall file his First Amended Complaint no later than September 30, 2011.

IT IS SO ORDERED.

Dated: _9/22/11___

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE