*E-Filed 10/27/11*

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAEED J. IBRAHIM,

               Plaintiff,

    v.

CITY & COUNTY OF SAN FRANCISCO
ET AL,

               Defendant.

_____/

No. C 11-01695 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 27, 2011.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.      ALTERNATIVE DISPUTE RESOLUTION.

    SETTLEMENT CONFERENCE.  This matter is referred to a magistrate judge for the purpose of completing a settlement conference by March 2012, depending upon the schedule of the assigned Magistrate Judge.  The parties shall promptly notify the Court whether the case is resolved at the conference.

2.      AMENDMENT OF PLEADINGS.  On or before March 30, 2012, the parties shall complete all amendments to the pleadings.

3.      DISCOVERY.

On or before July 27, 2012, all non-expert discovery shall be completed by the parties. Discovery shall limited as follows:  (a)  ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

4.      EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before August 17, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before September 7, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before September 28, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.      FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **August 2, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than October 25, 2012.

7.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before December 20, 2012, counsel shall file a Joint Pretrial Statement.

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-01695  RS

United States District Court
For the Northern District of California

2

1         8.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **January**

2  **3, 2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

3  Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend

4  personally.

5         9.      TRIAL DATE.   Trial shall commence on **January 14, 2013, at 9:00 a.m.**, in

6  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

7  California.

8

9        IT IS SO ORDERED.

10

11        DATED:  10/27/11

12                            _____

13                            RICHARD SEEBORG
                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                CASE MANAGEMENT SCHEDULING ORDER
                                                   No. C 11-01695 RS

28

**United States District Court**
For the Northern District of California