**United States District Court**
For the Northern District of California

1

**\*E-Filed 10/27/11\***

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

SAEED J. IBRAHIM,                          No. C 11-01695 RS

12

13              Plaintiff,              **CASE MANAGEMENT**
                                        **SCHEDULING ORDER**
14      v.

15  CITY & COUNTY OF SAN FRANCISCO
    ET AL,
16

17              Defendant.
                                                        /
18

19          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

20  Management Conference on October 27, 2011.  After considering the Joint Case Management

21  Statement submitted by the parties and consulting with the attorneys of record for the parties and

22  good cause appearing, IT IS HEREBY ORDERED THAT:

23          1.      ALTERNATIVE DISPUTE RESOLUTION.

24          SETTLEMENT CONFERENCE.  This matter is referred to a magistrate judge for the

25  purpose of completing a settlement conference by March 2012, depending upon the schedule of the

26  assigned Magistrate Judge.  The parties shall promptly notify the Court whether the case is resolved

27  at the conference.

28

**United States District Court**
For the Northern District of California

1   2.      AMENDMENT OF PLEADINGS.  On or before March 30, 2012, the parties shall

2   complete all amendments to the pleadings.

3   3.      DISCOVERY.

4   On or before July 27, 2012, all non-expert discovery shall be completed by the parties.

5   Discovery shall limited as follows:  (a)  ten (10) non-expert depositions per party; (b) twenty-five

6   (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests

7   for production of documents or for inspection per party; and (d) a reasonable number of requests for

8   admission per party.

9   4.      EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions

10  shall proceed as follows:

11  A.  On or before August 17, 2012, plaintiff shall disclose expert testimony and reports in

12  accordance with Federal Rule of Civil Procedure 26(a)(2).

13  B.  On or before September 7, 2012, defendant shall disclose expert testimony and reports in

14  accordance with Federal Rule of Civil Procedure 26(a)(2).

15  C.  On or before September 28, 2012, all discovery of expert witnesses pursuant to Federal

16  Rule of Civil Procedure 26(b)(4) shall be completed.

17  5.      FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management

18  Conference shall be held on **August 2, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United

19  States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a

20  Joint Case Management Statement at least one week prior to the Conference.

21  6.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

22  Civil Local Rule 7.  All pretrial motions shall be heard no later than October 25, 2012.

23  7.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and

24  confer to discuss preparation of a joint pretrial statement, and on or before December 20, 2012,

25  counsel shall file a Joint Pretrial Statement.

26

27                                                                        CASE MANAGEMENT SCHEDULING ORDER
                                                                              NO. C 11-01695  RS

28

**United States District Court**
For the Northern District of California

8.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **January 3, 2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

9.      TRIAL DATE.   Trial shall commence on **January 14, 2013, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  10/27/11

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-01695 RS

3