*E-Filed 2/13/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Saeed Ibrahim,　　　　　　　　　　　　　　　　No. C 11-01695 RS

　　　　　Plaintiffs,　　　　　　　　　　　　**STANDBY ORDER OF DISMISSAL**

　　v.

City and County of S.F., et al.,

　　　　　Defendants.
_____/

　　　　The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by March 23, 2012.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 29, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

　　　　IT IS SO ORDERED.

Dated:  2/13/12

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE