1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone: (415) 554-4259
6 | Facsimile: (415) 554-3837
E-Mail: joshua.white@sfgov.org

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED J. IBRAHIM,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; OFFICER CHU, in his individual and official capacity; OFFICER LEE, in his individual and official capacity; OFFICER PENA, in his individual and official capacity; OFFICER STOCKWELL, in his individual and official capacity; SERGEANT BOHANAN, in his individual and official capacity; SERGEANT CHAN, in his individual and official capacity; LIEUTENANT CAPLAN, in his individual and official capacity; OFFICER SIGUIDO, in his individual and official capacity; and DOES 1 to 20,<br><br>　　Defendants. | Case No. C 11-01695 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Hearing Date: September 27, 2012<br>Time: 10:00 a.m.<br>Location: Courtroom of the Hon. Richard Seeborg |

1     WHEREAS, the parties have reached a settlement in this case;

2     WHEREAS, the settlement is contingent upon approval by the Police Commission and the San Francisco Board of Supervisors;

4     WHEREAS, the settlement has been approved by the Police Commission and the Rules Committee of the Board of Supervisors. On September 18, 2012, the settlement will come before the full Board. In the event that the settlement is approved, the Mayor will have ten days to approve or veto the settlement. If the Mayor approves the settlement, the settlement is then final, and it can take up to three weeks to provide Plaintiff with the settlement check.

9     Accordingly, the parties respectfully request that the Court continue the OSC to November 1, 2012, a date by which defense counsel is confident that, assuming the settlement receives final approval, Plaintiff will have received his check.

Dated: September 7, 2012

    DENNIS J. HERRERA
    City Attorney
    CHERYL ADAMS
    Chief Trial Attorney
    JOSHUA S. WHITE
    Deputy City Attorney

    By: _____/s/_____
    JOSHUA S. WHITE
    Attorneys for Defendants

Dated: September 7, 2012

    DLA PIPER
    TODD TORAL
    KATHLEEN KIZER
    VISHALI SINGAL
    ALEC CIERNY

    By: _____/s/_____
    KATHLEEN KIZER
    Attorneys for Plaintiff

ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that the OSC re Dismissal is continued to November 1, 2012 at 1:30 p.m.

Dated: 9/10/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE