DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4259
Facsimile:    (415) 554-3837
E-Mail:       joshua.white@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED J. IBRAHIM,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; OFFICER CHU, in his individual and official capacity; OFFICER LEE, in his individual and official capacity; OFFICER PENA, in his individual and official capacity; OFFICER STOCKWELL, in his individual and official capacity; SERGEANT BOHANAN, in his individual and official capacity; SERGEANT CHAN, in his individual and official capacity; LIEUTENANT CAPLAN, in his individual and official capacity; OFFICER SIGUIDO, in his individual and official capacity; and DOES 1 to 20,<br><br>          Defendants. | Case No. C 11-01695 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Hearing Date:  September 27, 2012<br>Time:          10:00 a.m.<br>Location:      Courtroom of the Hon. Richard Seeborg |

1  WHEREAS, the parties have reached a settlement in this case;

2  WHEREAS, the settlement is contingent upon approval by the Police Commission and the San
3  Francisco Board of Supervisors;

4  WHEREAS, the settlement has been approved by the Police Commission and the Rules
5  Committee of the Board of Supervisors.  On September 18, 2012, the settlement will come before the
6  full Board.  In the event that the settlement is approved, the Mayor will have ten days to approve or
7  veto the settlement.  If the Mayor approves the settlement, the settlement is then final, and it can take
8  up to three weeks to provide Plaintiff with the settlement check.

9  Accordingly, the parties respectfully request that the Court continue the OSC to November 1,
10 2012, a date by which defense counsel is confident that, assuming the settlement receives final
11 approval, Plaintiff will have received his check.

Dated:  September 7, 2012

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
JOSHUA S. WHITE
Deputy City Attorney

By:_____/s/_____
JOSHUA S. WHITE
Attorneys for Defendants

Dated:  September 7, 2012

DLA PIPER
TODD TORAL
KATHLEEN KIZER
VISHALI SINGAL
ALEC CIERNY

By:_____/s/_____
KATHLEEN KIZER
Attorneys for Plaintiff

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that the OSC re Dismissal is continued to November 1, 2012 at 1:30 p.m.

Dated: 9/10/12

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Stip to Continue OSC re Dismissal
Case No.: C11-01695 RS
3
n:\lit\li2011\110994\00730552.doc