| | |
|---|---|
| 1 | TODD C. TORAL (CA Bar No. 197706) |
|   | todd.toral@dlapiper.com |
| 2 | KATHLEEN S. KIZER (CA Bar No. 246035) |
|   | kathleen.kizer@dlapiper.com |
| 3 | VISHALI SINGAL (CA Bar No. 267481) |
|   | vishali.singal@dlapiper.com |
| 4 | ALEC CIERNY (CA Bar No. 275230) |
| 5 | alec.cierny@dlapiper.com |
|   | DLA PIPER LLP (US) |
| 6 | 555 Mission Street, Suite 2400 |
|   | San Francisco, CA 94105-2933 |
| 7 | Tel: 415.836.2500 |
|   | Fax: 415.836.2501 |
| 8 | |
| 9 | Attorneys for Plaintiff SAEED J. IBRAHIM, Individually |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAEED J. IBRAHIM, individually, | CASE NO. C 11-01695-RS |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. | JUDGE RICHARD SEEBORG |
| CITY AND COUNTY OF SAN FRANCISCO; OFFICER CHU, in his individual and official capacity; OFFICER LEE, in his individual and official capacity; OFFICER PENA, in her individual and official capacity; OFFICER STOCKWELL, in her individual and official capacity; SERGEANT BOHANAN, in his individual and official capacity; SERGEANT CHAN, in his individual and official capacity; LIEUTENANT CAPLAN, in his individual and official capacity; and OFFICER SIGUIDO, in his individual and official capacity; and DOES 1 to 20, | |
| Defendants. | |

DLA PIPER LLP (US)
SAN FRANCISCO

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
CASE NO. C 11-01695-RS

WEST\239128501.1

1  The undersigned parties, through their respective counsel of record, HEREBY
2  STIPULATE as follows:
3  - A settlement agreeable to all parties has been reached in the above-entitled matter;
4  and
5  - All parties agree to dismissal of this action with prejudice.
6  Therefore, having settled this dispute and having agreed to dismissal of this action with
7  prejudice, the parties respectfully request that an Order for Dismissal be entered.
8  IT IS SO STIPULATED.

Dated:  October 18, 2012                **DLA PIPER LLP (US)**

By: _____/s/_____
    Todd C. Toral, Esq.

Attorneys for Plaintiff


Dated:  October 18, 2012                **DENNIS J. HERRERA**
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Attorney
                                        JOSHUA S. WHITE
                                        Deputy City Attorney

By: _____/s/_____
    JOSHUA S. WHITE
Attorneys for Defendants

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
CASE NO. C 11-01695-RS

WEST\239128501.1

DLA Piper LLP (US)
San Francisco

1
**ORDER**

2       IT IS HEREBY ORDERED THAT this action is hereby dismissed with prejudice in its

3  entirety.

4       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6  Dated:  10/18/12

                                    _____
                                    HONORABLE RICHARD SEEBORG
7                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

REQUEST FOR DISMISSAL WITH PREJUDICE
CASE NO. C 11-01695-RS

WEST\239128501.1